UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Elliott Holly, Civil File No. 01-1423 JMF/FLN

Plaintiff,

vs.

ORDER

Rick Harry,

Defendant.

The above-entitled matter was submitted to this Court on Defendant's Motion to Extend Time to Submit a Supplemental Memorandum and Affidavit.

After careful consideration of this matter and based upon all files, records, documents, and exhibits and proceedings herein, the Court makes the following Order:

1. Defendant's Motion to Extend Time to Submit a Supplemental Memorandum and Affidavit is granted.

2. Defendant's Supplemental Response shall be served by June 7, 2002, with the Plaintiff's Response due by June 21, 2002.

~~LET JUDGMENT BE ENTERED ACCORDINGLY.~~

BY THE COURT:

Dated: 6/1/02

HONORABLE FRANKLIN L. NOEL
U.S. Magistrate Judge

FILED ________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________